JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHUNG YAN MUN and INLINE FREIGHT SYSTEM INC., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC., and DOES 1through 10, inclusive,<br><br>Defendants, | Case No.: 2:25-cv-03909-BFM<br><br>*Hon. Brianna Fuller Mircheff*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: 8/26/2026 By: [signature]

Hon. Brianna Fuller Mircheff
United States Magistrate Judge